IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SPEED OF LIGHT OPS, LLC, a Utah limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> GREGORY ALEXANDER ELLIOT, an individual; JOHN HERRINGTON, an individual; and JESSIE REESE, an individual, <br><br> Defendants. | REPORT AND RECOMMENDATION <br><br> Case No. 2:22-cv-00246-DAK-DBP <br><br> District Judge Dale A. Kimball <br><br> Chief Magistrate Judge Dustin B. Pead |

  This matter is before the court on Defendant Gregory Alexander Elliott's motion to dismiss all claims. (ECF No. 18.)[1] Plaintiff responds that the motion is moot because Plaintiff filed its Amended Complaint within the time permitted by Fed. R. Civ. P. 15(1)(B). Federal Rule 15(1)(B) provides "A party may amend its pleading once as a matter of course within: … (B) If the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service oaf motion under Rule 12(b), (e), or (f), whichever is earlier." The court agrees with Plaintiff's position.

  Accordingly, the undersigned RECOMMENDS that Defendant's motion be deemed MOOT.

  Copies of the foregoing Report and Recommendation are being sent to all parties who are hereby notified of their right to object. Within **fourteen (14) days** of being served with a copy,

---

[1] This case is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B). (ECF No. 9.)

any party may serve and file written objections. *See* 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(b).

Failure to object may constitute a waiver of objections upon subsequent review.

    DATED this 3 October 2022.

                                        _____
                                        Dustin B. Pead
                                        United States Magistrate Judge