IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SPEED OF LIGHT OPS, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY ALEXANDER ELLIOT, an individual; JOHN HERRINGTON, an individual; and JESSIE REESE, an individual;<br><br>Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br>Civil Case No. 2:22CV246 DAK-DBP<br><br>Judge Dale A. Kimball<br>Chief Magistrate Judge Dustin B. Pead |

This case was assigned to United States District Court Judge Dale A. Kimball, who referred the case under 28 U.S.C. § 636(b)(1)(B) to United States Chief Magistrate Judge Dustin B. Pead. On October 3, 2022, the Magistrate Judge issued a Report and Recommendation [ECF No. 24], recommending that Defendant's Motion to Dismiss [ECF No. 18] be deemed moot because Plaintiff timely filed an Amended Complaint. No objection has been filed.

The court agrees with the recommendation and hereby ADOPTS and AFFIRMS the Magistrate Judge's Report and Recommendation. Defendant's Motion to Dismiss [ECF No. 18] is deemed MOOT.

DATED this 24th day of October, 2022.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge