IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **SPEED OF LIGHT OPS, LLC**, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>**GREGORY ALEXANDER ELLIOT**, an individual; **JOHN HERRINGTON**, an individual; and **JESSIE REESE**, an individual,<br><br>Defendants. | ORDER AFFIRMING AND ADOPTING REPORT & RECOMMENDATION<br><br>Case No. 2:22CV246-DAK-DBP<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Dustin B. Pead |

This case was assigned to United States District Court Judge Dale A. Kimball, who referred the case to United States Magistrate Judge Dustin B. Pead under 28 U.S.C. § 636(b)(1)(B). On September 12, 2022, Defendant Gregory Elliott filed a Motion to Dismiss First Amended Complaint. After full briefing, Magistrate Judge Pead entered a Report and Recommendation on March 21, 2023,[1] recommending that the motion be denied.

The Report and Recommendation notified the parties that any objection to the Report and Recommendation must be filed within fourteen days of being served with a copy of the Report and Recommendation. The court has not received any objections.

---

[1] ECF No. 32

A Magistrate Judge's Report and Recommendation is subject to *de novo* review by this court.[2] The court has conducted a *de* novo review of the Report and Recommendation and the record in this case and agrees with Magistrate Judge Pead's recommendation.

Accordingly, the court affirms and adopts Magistrate Judge Pead's Report and Recommendation in its entirety. Defendant Elliot's Motion to Dismiss [ECF No. 23] is DENIED.

DATED this 6th day of April, 2023.

BY THE COURT:

DALE A. KIMBALL
United States District Judge

---

[2] *See* 28 U.S.C. § 636(b)(1)(B); *see also* Fed. R. Civ. P. 72(b).