IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SPEED OF LIGHT OPS, LLC, a Utah limited liability company,<br><br>       Plaintiff,<br>v.<br><br>GREGORY ALEXANDER ELLIOT, an individual; JOHN HERRINGTON, an individual; and JESSIE REESE, an individual,<br><br>       Defendants. | MEMORANDUM DECISION AND ORDER<br><br>Case No. 2:22-cv-00246-DAK-DBP<br><br>District Judge Dale A. Kimball<br><br>Chief Magistrate Judge Dustin B. Pead |

  This matter is before the court on Plaintiff Speed of Light Ops, LLC's Short Form Motion to Compel. (ECF No. 28.) Plaintiff requests that the court order Defendant Gregory Alexander Elliott to serve initial disclosures, respond to the outstanding discovery requests, and produce the requested documents. The court grants the motion.

  Plaintiff alleges Defendants exceeded their access into their computer software platform. Defendants used certain login and password credentials to access the system and then modified certain numbers to gain unauthorized access to confidential information in the system. Defendant Gregory Elliott has yet to serve initial disclosures and has not responded to Plaintiff's first set of discovery requests. Elliott argues he timely served a Motion to Dismiss the First Amended Complaint and as such, he may be dismissed as a party, negating the need to respond.

  On April 6, 2023, Judge Kimball adopted the undersigned's Report and Recommendation that the Motion to Dismiss be denied. (ECF No. 33.) Thus, Elliott's argument against engaging in the discovery process is now gone. Mr. Elliott is therefore ORDERED to provide initial

disclosures within fourteen (14) days and to respond to the first set of discovery requests within thirty (30) days from the date of this order. Plaintiff's motion to compel is therefore GRANTED.

IT IS SO ORDERED.

DATED this 10 April 2023.

_____
Dustin B. Pead
United States Magistrate Judge